**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **P-26-CR-143** |
| | ) | |
| **MARIO ARTURO GUERRA-GARCIA** | ) | |

**FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE**

The District Court referred this matter to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On the 13th day of August, 2026, this cause came before the undersigned U.S. Magistrate Judge for Guilty Plea and Allocution of the Defendant **MARIO ARTURO GUERRA-GARCIA**[1] [2] on Count **ONE** of the **INDICTMENT** filed herein charging him with a violation of Title 8 U.S.C. § 1324(a)(1)(A)(i), (v)(I). The Defendant signed a written consent to plead before the Magistrate Judge. The Court conducted the proceeding in the form and manner prescribed by FED. R. CRIM. P. 11, and finds:

a) That the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a U.S. Magistrate Judge subject to final approval and imposition of sentence by the District Court.

b) That the Defendant and the Government have entered into a plea agreement which has been filed and disclosed in open court pursuant to FED. R. CRIM. P. 11(c)(2).

c) That the Defendant is fully competent and capable of entering an informed plea,[3] that the Defendant is aware of the nature of the charges and the consequences of the plea,[4] and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact

[1]The Defendant's true and correct name is **Mario Arturo Guerra-Garcia**, not Mario Auturo Guerra-Garcia, as is reflected in the Indictment. Defense counsel entered a Certificate of True Name on July 30, 2026. (Doc. 16).

[2]An Interpreter was present and interpreted the proceedings for the Defendant.

[3]The Defendant was admonished as to punishment of up to 10 years imprisonment, a fine not to exceed $250,000.00, a maximum term of 3 years supervised release, and a mandatory special assessment of $100.00. The Defendant was further admonished as to a possible additional $5,000.00 special assessment pursuant to the Victims of Trafficking Act of 2015, 18 U.S.C. § 3014 (a)(5), should the District Judge determine the Defendant to be non-indigent. The Defendant was further admonished that he is statutorily eligible for probation from 1-5 years.

[4]The Defendant testified that he has discussed with his attorney, prior to the date of this plea, the adverse immigration consequences of pleading guilty to a felony offense and he wished to continue with his plea.

containing each of the essential elements of the offense.

**IT IS THEREFORE**, the recommendation of the undersigned U.S. Magistrate Judge that the District Court accept the plea agreement and the guilty plea of the Defendant **MARIO ARTURO GUERRA-GARCIA,** and that **MARIO ARTURO GUERRA-GARCIA** be finally adjudged guilty of that offense.

The United States District Clerk shall serve a copy of this Proposed Findings of Fact and Recommendation on all parties electronically. In the event that a party has not been served by the Clerk with this Report and Recommendation electronically, pursuant to the CM/ECF procedures of this District, the Clerk is ORDERED to mail such party a copy of this Report and Recommendation by certified mail, return receipt requested. Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions or recommendation to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the Magistrate Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar the party from a de novo determination by the District Court. Additionally, any failure to file written objections to the proposed findings, conclusions and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court, except upon grounds of plain error or manifest injustice.

SIGNED this 13th day of August, 2026.

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE